**No. 60919.**—P. John Hanrahan, Inc. *v.* United States, protest 287534–K (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, effective July 1, 1955, the protest was dismissed for lack of prosecution.